# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

|  |  |
|---|---|
| In Re: ) <br> ) <br> Prohibition of Wireless ) <br> Communications Devices in ) <br> Courtroom Facilities ) <br> ) <br> ) | **ORDER** |

  In the interest of safety and security, it is hereby ordered that Wireless Communications Devices are prohibited at all court facilities in the District of South Carolina.  This Order applies to the following devices: cell phones or multi-media enabled smart phones; cameras; laptop computers or tablet computers; and all similar devices that have the capability of recording or transmitting sound, pictures, and/or video using wireless technology or other means.  If such items are brought to the courthouse, the Court Security Officer (CSO) will advise the person that he/she should store the device in a nearby home, office, or motor vehicle.  If this option is not practicable, then the device can be left with security upon entering the courthouse.  The Court, U.S. Marshals Service, and the CSOs assume no responsibility for damage or loss to said item(s) left with security.

  Only the following categories of persons are exempt from the Order:  U.S. Government tenants co-located in buildings containing courtroom facilities, court employees (including contract court reporters and interpreters), U.S. Attorney, Federal Public Defender, U.S. Marshal and employees thereof, Court Security Officers, and attorneys on court business provided that their possession and use of wireless communications devices in courtroom facilities is related to their official duties.  To be eligible for this exemption, attorneys unknown to the CSOs must

present their bar card to the CSOs at the public screening entrance or obtain approval by the presiding judge or members of the judge's chambers or courtroom staff. Support staff members accompanying authorized attorneys are also exempt. Exempted persons shall maintain possession of said devices and may not relinquish control to non-exempted persons.

Any audio or video recording of proceedings, or the taking of photographs by any means, is not permitted while in the courthouse. Cellular telephones and other electronic devices are to be programmed so as to not emit any audible noise while in the courtroom. PDAs, BlackBerrys, and laptop computers may be used to assist attorneys in data entry or data display in furtherance of courtroom proceedings. The use of electronic devices for the purpose of transmitting or receiving is not permitted while in the courtrooms. The use of electronic devices shall not be disruptive to court proceedings. Violation of this Order will subject the offender to confiscation of the electronic device and possible contempt sanctions.

Specific exceptions, authorized by the presiding judge, permit the use of cameras and other equipment for any purpose during ceremonial proceedings, including naturalization proceedings or a judge's investiture.

This Order is intended to supersede all previous orders relating to the possession and use of electronic devices in federal courthouses in this district.

_____
David C. Norton, Chief Judge
United States District Court
District of South Carolina

August 30, 2011